PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN GOFF, *etc.*, | ) | |
| | ) | CASE NO. 4:25CV0259 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TRACO INTERNATIONAL GROUP S. DE R.L. | ) ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

The Complaint (ECF No. 1) in the above-entitled action was filed on February 10, 2025.

Fed. R. Civ. P. 4(m) requires the plaintiff to serve the summons and complaint upon the defendant within 90 days after the complaint is filed. If Plaintiff cannot show good cause why service of the summons and complaint was not made within 90 days after the filing of the complaint, pursuant to Rule 4(m), the action will be dismissed without prejudice on May 12, 2025. *Moncrief v. Stone*, 961 F.2d 595, 596 (6th Cir. 1992) (interpreting the predecessor to Rule 4(m)).

IT IS SO ORDERED.

   May 5, 2025                                           */s/ Benita Y. Pearson*
Date                                                     Benita Y. Pearson
                                                         United States District Judge